United States Bankruptcy Court
District of Connecticut

In re:  
Michael Baratoff  
    Debtor

Case No. 19-51376-jam  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0205-5     User: tsteady     Page 1 of 1     Date Rcvd: Oct 30, 2019  
                    Form ID: 309A     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.

```
db             +Michael Baratoff,    112 Southfield Avenue, #305,     Stamford, CT 06902-7664
tr             +Richard M. Coan,    Coan Lewendon Gulliver & Miltenberger LL,    495 Orange Street,
                 New Haven, CT 06511-3809
9117739        +Baypointe 112, LLC,    Attn: Managing Member,    112 Southfield Avenue,    Stamford, CT 06902-7663
9117742        +Citi Priority Services,    Attn: President,    P.O. Box 769007,    San Antonio, TX 78245-9007
9117743        +Citibank, N.A.,    Attn: President,    P.O. Box 790110,    Saint Louis, MO 63179-0110
9117745        +Green Sky,    Attn: President,    P.O. Box 29429,    Atlanta, GA 30359-0429
9117750        +NYC Dept. of Finance,    Attn: President,    P.O. Box 29021,    Brooklyn, NY 11202-9021
9117746        +Nissan Motor Acceptance Corp.,    Attn: President,    P.O. Box 660360,    Dallas, TX 75266-0360
9117751        +Point On The Bay,    Attn: President,    2209 Philadelphia Avenue,    Ocean City, MD 21842-3578
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: jeff@jeffhellmanlaw.com Oct 30 2019 18:36:58      Jeffrey Hellman,
                 Law Offices of Jeffrey Hellman, LLC,    195 Church Street,    10th Floor,    New Haven, CT  06510
ust            +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Oct 30 2019 18:37:13      U. S. Trustee,
                 Office of the U.S. Trustee,    Giaimo Federal Building,    150 Court Street, Room 302,
                 New Haven, CT 06510-2022
cr             +EDI: RMSC.COM Oct 30 2019 22:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 P.O. Box 41021,    Norfolk, VA 23541-1021
9117738        +EDI: AMEREXPR.COM Oct 30 2019 22:43:00      American Express,    Attn: President,    P.O. Box 1270,
                 Newark, NJ 07101-1270
9117740        +EDI: CAPITALONE.COM Oct 30 2019 22:43:00      Capital One,    Attn: President,    P.O. Box 85617,
                 Richmond, VA 23285-5617
9117741        +EDI: CITICORP.COM Oct 30 2019 22:43:00      Citi Cards,    Attn: President,    P.O. Box 70166,
                 Philadelphia, PA 19176-0166
9117744        +EDI: DISCOVER.COM Oct 30 2019 22:43:00      Discover,    Attn: President,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
9117870        +EDI: PRA.COM Oct 30 2019 22:43:00      PRA Receivables Management, LLC,    Attn: Managing Member,
                 PO Box 41021,    Norfolk, VA 23541-1021
9117752        +EDI: RMSC.COM Oct 30 2019 22:43:00      QCard/Synchrony Bank,    Attn: President,
                 P.O. Box 530905,    Atlanta, GA 30353-0905
9117888        +EDI: RMSC.COM Oct 30 2019 22:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 Attn: Managing Member,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9117747*       +Nissan Motor Acceptance Corp.,    Attn: President,    P.O. Box 660360,    Dallas, TX 75266-0360
9117748*       +Nissan Motor Acceptance Corp.,    Attn: President,    P.O. Box 660360,    Dallas, TX 75266-0360
9117749*       +Nissan Motor Acceptance Corp.,    Attn: President,    P.O. Box 660360,    Dallas, TX 75266-0360
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:

```
              Jeffrey Hellman    on behalf of Debtor Michael  Baratoff jeff@jeffhellmanlaw.com,
               christen@jeffhellmanlaw.com
              Richard M. Coan    ct14@ecfcbis.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael Baratoff** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–4359** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Connecticut** <br> Case number:    **19–51376 jam** | | Date case filed for chapter  **7**    **10/18/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Baratoff | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 112 Southfield Avenue, #305 <br> Stamford, CT 06902 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeffrey Hellman <br> Law Offices of Jeffrey Hellman, LLC <br> 195 Church Street <br> 10th Floor <br> New Haven, CT 06510 | Contact phone 203–691–8762 |
| 5. | **Bankruptcy trustee** <br> Name and address | Richard M. Coan <br> Coan Lewendon Gulliver & Miltenberger LL <br> 495 Orange Street <br> New Haven, CT 06511 | Contact phone (203)624–4756 |

>

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

| 6. | **Bankruptcy clerk's office** | 915 Lafayette Blvd<br>Bridgeport, CT 06604 | **Hours Open:** 9:00 a.m. – 4:00 p.m.<br>Monday – Friday<br>**Contact phone:** 203–579–5808<br>**VCIS:** Toll Free 1–866–222–8029<br>**Date:** 10/30/19 |
|---|---|---|---|
|   | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | |
| 7. | **Meeting of creditors** | **November 20, 2019 at 10:00 AM** | Location: |
|   | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **PLEASE ARRIVE 20 MINUTES BEFORE YOUR SCHEDULED HEARING TIME ABOVE TO ALLOW FOR THE SECURITY SCREENING PROCESS REQUIRED TO ENTER THE BUILDING.** | **The Giaimo Federal Building, 150 Court Street, Room 309, at intersection of Court and Orange St., New Haven, CT 06510** |
| 8. | **Presumption of abuse** | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | **The presumption of abuse does not arise.** |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 1/21/20** |
|   | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
|   |   | **Discharge will not enter unless the Debtor's Certification of financial Management (Official Form B23) is filed:**<br>Please note: This is not the same as the pre–filing credit counseling certificate. | **Filing deadline:** 1/21/20 |
|   |   | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
|   |   | **Deadline to File Reaffirmation Agreements:** | **Filing deadline:** 1/21/20 |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**