Certificate Number: 01267-CT-DE-033651598

Bankruptcy Case Number: 19-51376



01267-CT-DE-033651598

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2019, at 2:06 o'clock AM CST, Michael Baratoff completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date:   November 5, 2019                By:   /s/Cristina Gonzalez

                                         Name:   Cristina Gonzalez

                                         Title:   Counselor